| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Wingate, Henry T | 2. Court or Organization U.S.D.C. (Miss. Southern) | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 245 East Capitol St., Ste 109 Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Grinnell College, Grinnell, Iowa; Member of Board of Trustees as of May, 2000 |
| 2. Executive Committee Member | Yale Law School Executive Alumni Board, New Haven, CT; Committee Member as of September 2000 |
| 3. Adjunct Professor | Mississippi College School of Law, Jackson, MS, as of January 2001 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 17 P 12: 15 FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1-20-05 | Mississippi College School of Law, Spring Semester, Complex Litigation Class, one night per week, ending May 2005 | $ 2,500. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Public Employees Retirement System of Mississippi |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Grinnell College | September 29-30: Grinnell, Iowa, for meeting of Board of Trustees of Grinnell College (some meals and lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trustmark Nat'l Bank, Jackson, MS (CDs/Savings/IRA) | B | Interest | K | T | | | | | |
| 2. Prudential Life Ins. | A | Interest | L | U | | | | | |
| 3. PaineWebber (Boston Finan. Qual. Housing Tax Credits) | None | None | J | W | | | | | |
| 4. IRA-1 | | | | | | | | | |
| 5. Money Market Mut. Fund / Heritage Cash Trust (IRA) | A | Interest | J | U | | | | | See note in Part VIII |
| 6. U.S. Treas. Strips | None | Interest | | | Sold | 9/8 | K | | |
| 7. Franklin/Temple Mutual Beacon (IRA) | C | Dividend | K | T | Part. Sale | 10/3 | J | | |
| 8. Credit Interest Program | A | Interest | J | U | | | | | |
| 9. Agere Systems, Inc. | None | Dividend | J | T | Part. Sale | 5/31 | J | | See note in Part VIII |
| 10. | | | | | Part. Sale | 6/14 | J | | |
| 11. Avaya, Inc. | None | Dividend | J | T | | | | | |
| 12. Coca Cola Company | A | Dividend | J | T | | | | | |
| 13. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 14. General Electric Company | A | Dividend | J | T | | | | | |
| 15. Lucent Technologies, Inc. | None | Dividend | J | T | | | | | |
| 16. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 17. Saks, Inc. | None | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walt Disney Company | A | Dividend | J | T | | | | | |
| 19. Fidelity Advisor Inc. & Growth Fund | A | Dividend | J | T | | | | | |
| 20. Franklin Temple Mutual Beacon Fund | A | Dividend | J | T | | | | | |
| 21. Fundamental Investors Fund | A | Dividend | J | T | | | | | |
| 22. Growth Fund of America | A | Dividend | K | T | | | | | |
| 23. Nasdaq 100 Trust Unit Series 1 | A | Dividend | J | T | | | | | |
| 24. Lincoln Nat'l Legacy Ann. | None | Interest | L | T | | | | | |
| 25. Oppenheimer Quest Mut. Fund | A | Dividend | K | T | | | | | |
| 26. Performance Large Cap Equity Mut. Fund | A | Dividend | K | T | | | | | |
| 27. Performance Mid-Cap Growth Fund | A | Dividend | K | T | | | | | |
| 28. IRA-2 | | | | | | | | | |
| 29. Money Market Mut. Fund; Heritage Cash Trust (IRA) | A | Dividend | J | U | | | | | See note in Part VIII |
| 30. Franklin Income Fund Class C | B | Dividend | L | T | Buy | 6-14 | K | | |
| 31. Income Fund of America Class C | B | Dividend | L | T | Buy | 6-14 | K | | |
| 32. REAL ESTATE: | | | | | | | | | |
| 33. Parcel 1, Jackson, Hinds County, MS | None | None | K | W | | | | | |
| 34. Parcel 2, Jackson, Hinds County, MS | C | Rent | K | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Parcel 3, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 36. Parcel 4, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 37. Parcel 6, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 38. Parcel 7, Jackson, Hinds County, MS | D | Rent | L | Q | | | | | |
| 39. Parcel 8, Jackson, Hinds County, MS | C | Rent | K | W | | | | | |
| 40. Parcel 9, Jackson, Hinds County, MS | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

Line 5: There are now two separate IRA accounts. For reporting purposes, they will be referred to as IRA-1 and IRA-2.

Line 8: Agere Systems was listed as Class A and Class B on the 2004 report. In May, 2005, the A and B shares merged, plus there was a reverse split of 1 share for every 10 old shares owned. The odd lot share cannot be held in the account, so it was sold.

Line 29, 30, 31: There are now two separate IRA accounts. For reporting purposes, they will be referred to as IRA-1 and IRA-2. The money market fund (Heritage Cash Trust) on line 29 and the two mutual funds listed on lines 29 and 30 will fall under IRA-2.

Real Estate:

Line 34: Parcel 2, Jackson, Hinds County, MS:
    Date of Appraisal: September 12, 1992

Line 36: Parcel 4, Jackson, Hinds County, MS:
    Date of Appraisal: November 20, 1992

Line 37: Parcel 6, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

Line: 38: Parcel 7, Jackson, Hinds County, MS:
    Date of Appraisal: April 21, 1994

| Name of Person Reporting | Date of Report |
|---|---|
| Wingate, Henry T | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date *May 11, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544